FILED

08/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0137

**IN THE SUPREME COURT FOR THE STATE OF MONTANA**

No. DA 23-0137

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

GRANT WEST,

    Defendant and Appellant.

## ORDER

Upon consideration of Defendant and Appellant's Motion For Extension Of Time, and with good cause shown, Defendant and Appellant Grant West is hereby granted an extension of time until October 4, 2024 in which to prepare, file and serve Defendant and Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 22 2024